IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ADJURE BAYNARD, | * |
| Petitioner, | * |
| v. | Case No.   7:21-cv-112(WLS) |
| | * |
| ZACHERY REGISTER, et al., | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 18, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of January, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk